# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, et al., | |
| Plaintiff, | Case No. 2:16-cv-00383-MMD-NJK |
| vs. | **ORDER** |
| IMAGINATION NORTH LANDSCAPE MAINTENANCE ASSOCIATION, et al., | (Docket No. 21) |
| Defendants. | |

Pending before the Court is a proposed discovery plan. Docket No. 21. Local Rule 26-1(d) requires discovery plans to be submitted jointly. The discovery plan represents, with no explanation as to why, that Defendant SFR Investments Pool 1, LLC "did not participate in the Rule 26(f) conference." Docket No. 21 at n.1. Further, it does not contain that Defendant's counsel's signature. *Id.* at 4. Accordingly, because the parties did not submit the discovery plan jointly, it is **DENIED** without prejudice. The parties must file a new joint proposed discovery plan that complies in full with Local Rule 26-1, no later than April 13, 2016.

IT IS SO ORDERED.

DATED: April 8, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge