MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie, morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for the Bank of New York Mellon*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK as Trustee for the CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-J12 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-J12,<br><br>               Plaintiff,<br><br>vs.<br><br>IMAGINATION NORTH LANDSCAPE MAINTENANCE ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>               Defendants.<br><br>AND RELATED CLAIMS. | Case No.: 2:16-cv-00383-MMD-NJK<br><br><br>**STIPULATION AN ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT PURSUANT TO COURT'S JANUARY 5, 2018 ORDER [ECF NO. 106]**<br><br><br>**(FIRST REQUEST)** |

The Bank of New York Mellon (**BoNYM**), Imagination North Landscape Maintenance Association (**Imagination**), and SFR Investments Pool 1, LLC (**SFR**), submit the following joint status report pursuant to the court's order entered January 5, 2018. ECF No. 106:

1.      On January 5, 2018, the court denied SFR's partial motion for summary judgment on pure issue of law: application of the return doctrine (ECF No. 86), stayed this case, and denied all other pending motions without prejudice pending the Nevada Supreme Court resolving the certified

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1    question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as*

2    *Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case

3    No. 72931. The court directed the parties to file a status report within five days of the Nevada

4    Supreme Court answering the certified question and ordered all pending motions may be re-filed

5    within thirty days from the decision. (*Id.*)

6         2. The Nevada Supreme Court answered the certified question on August 2, 2018. *SFR*

7    *Invs. Pool 1, LLC*, No. 72931, 2018 WL 3655608, at *1 (Nev. Aug. 2, 2018). The parties' joint status

8    report is due August 7, 2018 as a result. (*See* ECF No. 102.)

9         3. Good cause exists to extend the parties' deadline to file a status report by fourteen days,

10    from August 7, 2018 to August 21, 2018. BoNYM's counsel, Akerman LLP, is counsel of record for

11    the plaintiff in over thirty cases pending in this court requiring a status report by August 7, 2018, and

12    requires additional time to confer with opposing counsel and prepare a report outlining the parties'

13    respective positions on the current status and future trajectory of this case in light of the Nevada

14    Supreme Court's ruling.

15         4. This is the parties' first request for an extension and is not intended for the purpose of

16    delay or prejudicing any party.

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

46014568;2

BoNYM, Imagination, and SFR respectfully request the court extend the parties' deadline to file a joint status report pursuant to August 21, 2018, and grant such other and further relief as the court deems proper.

Dated this 7th day of August, 2018.

| AKERMAN LLP | TYSON & MENDES, LLP |
|---|---|
| /s/ Scott Lachman | /s/ Margaret Schmidt |
| Melanie D. Morgan, Esq. | Thomas E. McGrath, Esq. |
| Scott R. Lachman, Esq. | Margaret E. Schmidt, Esq. |
| 1635 Village Center Circle, Suite 200 | 3960 Howard Hughes Pkwy, Ste. 600 |
| Las Vegas, NV 89134 | Las Vegas, Nevada 89169 |
| | |
| *Attorneys for Plaintiff the Bank of New York Mellon* | *Attorneys for Imagination North Landscape Maintenance Association* |
| **KIM GILBERT EBRON** | |
| /s/ Diana S. Ebron | |
| Diana S. Ebron, Esq. | |
| Jacqueline A. Gilbert, Esq. | |
| Karen L. Hanks, Esq. | |
| 7625 Dean Martin Drive, Suite 110 | |
| Las Vegas, Nevada 89139 | |
| | |
| *Attorney for Defendant SFR Investmentss Pool 1, LLC* | |

## ORDER

**IT IS SO ORDERED:**

_____

**UNITED STATES DISTRICT COURT JUDGE**

DATED: _August 8, 2018_____

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

46014568;2