MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie, morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for the Bank of New York Mellon*

<div style="text-align:center; font-style:italic;">1635 VILLAGE CENTER CIRCLE, SUITE 200<br>LAS VEGAS, NEVADA 89134<br>TEL.: (702) 634-5000 – FAX: (702) 380-8572</div>

**AKERMAN LLP**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK as Trustee for the CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-J12 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-J12,<br><br>                                        Plaintiff,<br><br>vs.<br><br>IMAGINATION NORTH LANDSCAPE MAINTENANCE ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>                                        Defendants.<br><br>——————————————<br>AND RELATED CLAIMS. | Case No.: 2:16-cv-00383-MMD-NJK<br><br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE**<br><br>**[FIRST REQUEST]** |

The Bank of New York Mellon (**BoNYM**), Imagination North Landscape Maintenance Association (**Imagination**), SFR Investments Pool 1, LLC (**SFR**), and Julie Christensen stipulate to extend the dispositive motions deadline until **September 25, 2018**:

1.      On January 5, 2018, this court stayed this case, denied SFR's partial motion for summary judgment, and denied all other pending motions without prejudice pending the Nevada Supreme Court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York*

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

*Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931 ("Certified Question Case"). (ECF No. 106.) The court directed the parties to file a status report within five days of the Nevada Supreme Court answering the certified question and ordered that all pending motions may be re-filed within thirty days from the decision. (*Id.*)

2.      The Nevada Supreme Court issued a ruling in the Certified Question Case on August 2, 2018. *SFR Invs. Pool 1, LLC*, 2018 WL 3655608, at *1 (Nev. Aug. 2, 2018). The parties understand the dispositive motions deadline is September 4, 2018. (ECF Nos. 83, 86, 96, and 97.) The parties intend to file summary judgment motions, but do not intend to re-file the same briefing they previously filed in light of the recent ruling in the certified question case. To allow time to update their briefing, and in light of the numerous cases counsel for the parties have with dispositive motions, the parties stipulate to extend the summary judgment deadline for **September 25, 2018**.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

46231177;1

3. This is the parties' first request to extend the dispositive motions deadline, and is not made to cause delay or prejudice to any party.

Dated this 29th day of August, 2018.

| AKERMAN LLP | TYSON & MENDES, LLP |
|---|---|
| /s/ Scott Lachman | /s/ Margaret Schmidt |
| Melanie D. Morgan, Esq. | Thomas E. McGrath, Esq. |
| Scott R. Lachman, Esq. | Margaret E. Schmidt, Esq. |
| 1635 Village Center Circle, Suite 200 | 3960 Howard Hughes Pkwy, Ste. 600 |
| Las Vegas, NV 89134 | Las Vegas, Nevada 89169 |
| | |
| Attorneys for Plaintiff the Bank of New York Mellon | Attorneys for Imagination North Landscape Maintenance Association |
| KIM GILBERT EBRON | JULIE CHRISTENSEN |
| /s/ Diana S. Ebron | /s/ Julie A. Christensen |
| Diana S. Ebron, Esq. | Julie A. Christensen |
| Jacqueline A. Gilbert, Esq. | 4280 Escondido Street |
| Karen L. Hanks, Esq. | Las Vegas, NV 89119 |
| 7625 Dean Martin Drive, Suite 110 | |
| Las Vegas, Nevada 89139 | Pro se |
| | |
| Attorney for Defendant SFR Investmentss Pool 1, LLC | |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 29, 2018 _____

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

46231177;1