MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie, morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for the Bank of New York Mellon*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK as Trustee for the CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-J12 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-J12,<br><br>Plaintiff,<br><br>vs.<br><br>IMAGINATION NORTH LANDSCAPE MAINTENANCE ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No.: 2:16-cv-00383-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND REPLY SUPPORTING SUMMARY JUDGMENT DEADLINE**<br><br>**[FIRST REQUEST]** |

The Bank of New York Mellon (**BoNYM**), Imagination North Landscape Maintenance Association (**Imagination**), SFR Investments Pool 1, LLC (**SFR**) and Julie Christensen, stipulate to extend the deadline to file replies supporting summary judgment motions until **Friday, November 9 2018**. (ECF Nos. 117, 120). The current deadline is Tuesday, October 30, 2018. This stipulation is made due to the number of replies in similar HOA foreclosure cases that are due in the same time period. These HOA foreclosure cases all came off stay at the same time when the Nevada Supreme

46827961;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Court resolved the certified question in in *SFR Investments Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931. This is the parties' first request to extend the reply deadline, and is not made to cause delay or prejudice to any party.

Dated this 30th day of August, 2018.

| **AKERMAN LLP** | **TYSON & MENDES, LLP** |
|---|---|
| */s/ Scott R. Lachman*<br>Melanie D. Morgan, Esq.<br>Scott R. Lachman, Esq.<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Plaintiff the Bank of New York Mellon* | */s/ Margaret E. Schmidt*<br>Thomas E. McGrath, Esq.<br>Margaret E. Schmidt, Esq.<br>3960 Howard Hughes Pkwy, Ste. 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Imagination North Landscape Maintenance Association* |
| **KIM GILBERT EBRON** | **JULIE CHRISTENSEN** |
| */s/ Diana S. Ebron*<br>Howard C. Kim, Esq.<br>Diana S. Ebron, Esq.<br>Jacqueline A. Gilbert, Esq.<br>Karen L. Hanks, Esq.<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorney for Defendant SFR Investmentss Pool 1, LLC* | */s/ Julie A. Christensen*<br>Julie A. Christensen<br>4280 Escondido Street<br>Las Vegas, NV 89119<br><br>*Pro se* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 30, 2018