Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK as Trustee for the CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-J12 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-J12,<br><br>Plaintiff,<br><br>vs.<br><br>IMAGINATION NORTH LANDSCAPE MAINTENANCE ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No. 2:16-cv-00383-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COURT'S ORDER FOR STATUS OF CHRISTENSEN'S CLAIMS**<br><br>**(First Request)** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK as Trustee for the CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-J12 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-J12; BANK OF AMERICA, N.A.; and JULIE A. CHRISTENSEN, an individual,<br><br>Counter/Cross Defendants. | |

- 1 -

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

| | |
|---|---|
| 1 | JULIE CHRISTENSEN, |
| 2 | Counter/Cross Claimant, |
| 3 | vs. |
| 4 | BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK as Trustee for CERTFICATE HOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-J12 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-J12; ALESSI & KOENIG, LLC, a Nevada Limited Liability Company; IMAGINATION NORTH LANDSCAPE MAINTENANCE ASSOCIATION, a Domestic Non-Profit Cooperation Corporation; SFR INVESTMENT POOLS 1, LLC, a Nevada Limited Liability Company; BANK OF AMERICA, N.A.; DOES 1-10; and ROES 1-10, |
| | Counter/Cross Defendants. |

**STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO COURT'S ORDER FOR STATUS OF CHRISTENSEN'S CLAIMS
(First Request)**

SFR Investments Pool 1, LLC ("SFR"), Bank of New York Mellon as Trustee, Imagination North Landscape Maintenance Association, and Julie Christensen (collectively, the "Parties") stipulate and agree that the Parties shall have an additional week, until April 18, 2019, to respond to this Court's Order that the Parties file a joint status report regarding the effect of the Order on summary judgment motions on Christensen's counterclaims and crossclaims within 15 days. [ECF No. 136]. Good cause exists for this request due to an unexpected family emergency requiring Christensen's attendance which has prevented her from being able to contribute to the status report.

…

…

…

…

1  This request is not made for purposes of delay or prejudice.

2  DATED: April 11, 2019.

| **KIM GILBERT EBRON** | **AKERMAN LLP** |
|---|---|
| */s/ Jacqueline A. Gilbert* <br> Jacqueline A. Gilbert, Esq. <br> Nevada Bar No. 10593 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br> Telephone: (702) 485-3300 <br> Facsimile: (702) 485-3301 <br> Email: jackie@kgelegal.com <br> *Attorneys for Appellant* <br><br> *SFR Investments Pool 1, LLC* | */s/ Scott R. Lachman* <br> Scott R. Lachman, Esq. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> Phone: 702-634-5000 <br> Facsimile: 702-380-8572 <br> Email: scott.lachman@akerman.com <br><br> *Attorneys for Bank of New York Mellon* |
| **TYSON & MENDES LLP** | **JULIE CHRISTENSEN** |
| */s/ Margaret E. Schmidt* <br> Margaret E. Schmidt, Esq. <br> Nevada Bar No. 12489 <br> 3960 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169 <br> Telephone: (702) 724-2648 <br> Facsimile: (702) 938-1048 <br><br> *Attorneys for Imagination North Landscape Maintenance Association* | */s/ Julie A. Christensen* <br> Julie A. Christensen <br> 4280 Escondido Street <br> Las Vegas, NV 89119 <br> Telephone: 702-525-7855 <br><br> *Counter/Cross-claimant* <br> *Pro Se* |

The Parties shall have until April 18, 2019 to file the status report required by this Court's March 27, 2019 Order [ECF No. 136].

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 15, 2019

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of April, 2019, pursuant to FRCP 5, I served, via the CMECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COURT'S ORDER FOR STATUS OF CHRISTENSEN'S CLAIMS (First Request)** to the following parties listed below:

Natalie L. Winslow
Donna M. Wittig
Scott Robert Lachman
Melanie D. Morgan
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV  89134
Email:  natalie.winslow@akerman.com
Email: donna.wittig@akerman.com
Email: scott.lachman@akerman.com
Email: melanie.morgan@akerman.com
*Counsel for The Bank of New York Mellon, FKA The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-J12 Mortgage Pass-Through Certificates, Series 2005-J12*

Margaret E. Schmidt
Thomas E. McGrath
Tyson & Mendes, LLP
3960 Howard Hughes Pkwy., Suite 600
Las Vegas, NV  89169
Email:  mschmidt@tysonmendes.com
Email:  tmcgrath@tysonmendes.com
*Counsel for Imagination North Landscape Maintenance Association*

Julie A. Christensen
4280 Escondido Street
Las Vegas, NV 89119
Email:  powerules7@gmail.com
*Counter/Cross-claimant*
*Pro Se*

Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1100
Las Vegas, NV 89146
Email:  bkfilings@s-mlaw.com
*Counsel for Shelley D. Krohn, Trustee for Alessi & Koenig, LLC*

*/s/ Alexander Loglia*
an employee of Kim Gilbert Ebron

- 4 -