MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for the Bank of New York Mellon*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK as Trustee for the CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-J12 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-J12,<br><br>Plaintiff,<br><br>vs.<br><br>IMAGINATION NORTH LANDSCAPE MAINTENANCE ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00383-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE REPLY IN SUPPORT OF THE BANK OF NEW YORK MELLON'S MOTION FOR RECONSIDERATION OF ORDER GRANTING SUMMARY JUDGMENT TO SFR INVESTMENTS POOL 1, LLC [ECF NO. 141]**<br><br>**[FIRST REQUEST]** |
| AND RELATED CLAIMS. | |

The Bank of New York Mellon (**BoNYM**) and SFR Investments Pool 1, LLC (**SFR**) stipulate to extend BoNYM's deadline to file reply in support of Motion for Reconsideration of Order Granting Summary Judgment [ECF No. 141] up to and until **Friday, June 28, 2019**. The current deadline is Monday, June 24, 2019 [ECF No. 142].

…

…

…

49246802;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

To the extent required, good causes exists to extend this deadline. First, undersigned counsel for BoNYM has been busy drafting the Motion for Summary Judgment as to Julie Christiansen's claims, which was filed on June 20, 2019 [ECF No. 144]. Second, undersigned counsel for BoNYM is inundated with other summary judgment briefs and appeals in HOA foreclosure cases, many of which recently came off *Bourne Valley* stays. Third, undersigned counsel for BONYM is chairman of the Young Lawyers Section of the State Bar of Nevada and is assisting with coordination of the Trial Academy program at next week's State Bar Annual Meeting in Vail, Colorado. And fourth, the reply deadline is only seven days, which does not provide sufficient time for client approval being that the issues raised in the Motion for Reconsideration and SFR's Response [ECF No. 142] are dispositive to this case. Counsel for BoNYM acknowledges this Court's minute order [ECF No. 145] and does not make this request lightly.

This is the parties' first request to extend this deadline, and is not made to cause delay or prejudice to any party.

Dated this 20th day of June, 2019.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Scott R. Lachman* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Plaintiff the Bank of New York Mellon* | */s/ Karen L. Hanks* <br> HOWARD C. KIM, ESQ. <br> Nevada Bar No. 10386 <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 15080 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorney for Defendant SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 21, 2019

49246802;1