# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BANK OF NEW YORK MELLON,

    Plaintiff(s),

v.

IMAGINATION NORTH LANDSCAPE MAINTENANCE ASSOCIATION, et al.,

    Defendant(s).

Case No.: 2:16-cv-00383-MMD-NJK

**Order**

[Docket No. 159]

Pending before the Court is a motion to be removed from the CM/ECF service list filed by counsel for the trustee of the Alessi & Koenig bankruptcy estate. Docket No. 159. The motion indicates that the trustee will not be participating in this case and that appropriate action may be pursued against Alessi & Koenig. *See id.* at 2. No legal authority or meaningfully developed argument is provided that such circumstances justify removal of an attorney from the CM/ECF service list. Moreover, there could be advantages to not taking such action, including providing notice and service of future filings through the CM/ECF system. *See* Fed. R. Civ. P. 55(b)(2) ("If the party against whom a default judgment is sought has appeared personally or by a representative, that party or its representative must be served with written notice of the application [for default judgment] at least 7 days before the hearing"); *see also* Fed. R. Civ. P. 5(b)(2)(E) (allowing for service through electronic court filing systems). Having been provided no explanation why removal from the CM/ECF list is appropriate, the instant motion is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: August 7, 2019

                                                Nancy J. Koppe
                                                United States Magistrate Judge